[No. 4573–1. Division One. June 20, 1977.]

*In the Matter of the Adoption of*
TERESA ANN FINK, ET AL.

Appeal from a judgment of the Superior Court for Island County, No. A–706, Howard A. Patrick, J., entered March 19, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Callow and Andersen, JJ.

[No. 4358–1. Division One. June 20, 1977.]

ALLSOP AUTOMATIC, INC., *Appellant,* v. HARTFORD INSURANCE GROUP, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 789842, William C. Goodloe, J., entered February 4, 1976. *Affirmed in part* and *reversed in part* by unpublished opinion per Farris, C.J., concurred in by Swanson and Williams, JJ.

[No. 4576–1. Division One. June 20, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM LEE AUSTIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 73412, William C. Goodloe, J., entered February 24, 1976. *Affirmed* by unpublished per curiam opinion.